NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DESMOND MITCHELL,              )
                               )
          Appellant,           )
                               )
v.                             )     Case No. 2D18-1845
                               )
STATE OF FLORIDA,              )
                               )
          Appellee.            )
_____)

Opinion filed March 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.

PER CURIAM.

          Affirmed.

SILBERMAN, MORRIS, and LUCAS, JJ., Concur.